```
BARRY E. HINKLE, Bar No. 071223
PATRICIA A. DAVIS, Bar No. 179074
EZEKIEL D. CARDER, Bar No. 206537
WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, CA  94501-1091
Telephone (510) 337-1001
Facsimile (510) 337-1023
```

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE BOARD OF TRUSTEES, in their capacities as Trustees of the WESTERN STATES INCOME SECURITY FUND,<br><br>Plaintiff,<br><br>v.<br><br>THARCO CONTAINER, INC., a Colorado Corporation,<br><br>Defendant. | No.   CV 10-5304 JL<br><br>**STIPULATION TO CONTINUE MEDIATION DEADLINE; [PROPOSED] ORDER** |

Plaintiffs and Defendant, by and through the undersigned counsel, hereby stipulate and respectfully request that the Court so order that the deadline for mediation in the above-entitled action be extended to June 24, 2011. The current deadline to complete mediation is April 25, 2011. Following the Order Selecting ADR Process, the Parties discussed using a private mediator. The Parties were unable to agree on selecton of the mediator, and recently agreed to use the Court's mediation process under ADR Local 6-9. However, the Parties will not be able to schedule and complete the mediation before the current mediation deadline of April 25, 2011. The additional time, if granted, will allow Plaintiff and Defendant the opportunity to schedule and participate in the mediation session. Accordingly, Plaintiffs and Defendant respectfully request

---

1  that the Court extend the deadline to complete mediation to June 24, 2011.

2  Dated: April 5, 2011

                              WEINBERG, ROGER & ROSENFELD
                              A Professional Corporation

                              By: /s/ Ezekiel D. Carder
                                   EZEKIEL D. CARDER
                                   Attorneys for Plaintiff

Dated: April 8, 2011

                              LITTLER MENDELSON
                              A Professional Corporation

                              By: /s/ Nancy L. Ober
                                   NANCY L. OBER
                                   Attorneys for Defendant

WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA 94501-1091
(510) 337-1001

Stipulation to Continue Mediation Deadline; [Proposed] Order
Case No. 10-5304 JL

## [PROPOSED] ORDER

The Court approves the terms of the above Stipulation and the Parties are ordered to comply with this Order. In addition the Court orders:

Dated: 4-11-11

_____
HONORABLE JAMES LARSON
UNITED STATES MAGISTRATE JUDGE

126303/615796

WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA 94501-1091
(510) 337-1001

Stipulation to Continue Mediation Deadline; [Proposed] Order
Case No. 10-5304 JL