1  BARRY E. HINKLE, Bar No. 071223
   PATRICIA A. DAVIS, Bar No. 179074
2  EZEKIEL D. CARDER, Bar No. 206537
   WEINBERG, ROGER & ROSENFELD
3  A Professional Corporation
   1001 Marina Village Parkway, Suite 200
4  Alameda, CA  94501-1091
   Telephone (510) 337-1001
5  Facsimile (510) 337-1023

6  Attorneys for Plaintiff

7

8             UNITED STATES DISTRICT COURT

9             NORTHERN DISTRICT OF CALIFORNIA

10

11 THE BOARD OF TRUSTEES, in their         ) No.    CV 10-5304 NC
   capacities as Trustees of the WESTERN   )
12 STATES INCOME SECURITY FUND,            )
                                           ) **STIPULATION FOR DISMISSAL;**
13           Plaintiff,                    ) **[PROPOSED] ORDER**
                                           )
14     v.                                  ) **[Fed. R. Civ. P. 41(a)(1)(A)(ii)]**
                                           )
15 THARCO CONTAINER, INC., a Colorado      )
   Corporation,                            )
16                                         )
             Defendant.                    )
17                                         )
                                           )
18 _____ )

**WEINBERG, ROGER & ROSENFELD**
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA  94501-1091
(510) 337-1001

Stipulation for Dismissal; [Proposed] Order
Case No. 10-5304 NC

Pursuant to Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff The Board of Trustees, in their capacities as Trustees of the Western States Income Security Fund (hereinafter "Trust Fund") and Defendant Tharco Container, Inc., through their respective counsel of record, hereby stipulate to the dismissal with prejudice of Plaintiff's Complaint for Breach of Contract, Damages, Breach of Fiduciary Duty (including each and all causes of action therein) against Defendant Tharco Container, Inc., who has appeared in this action.

Plaintiff and Defendant further stipulate that each side shall bear its own attorney's fees and costs of suit.

Dated: July 22, 2011

                WEINBERG, ROGER & ROSENFELD
                A Professional Corporation

                By:   /s/ Ezekiel Carder
                          EZEKIEL D. CARDER
                          Attorneys for Plaintiff

Dated: July 21, 2011

                LITTLER MENDELSON
                A Professional Corporation

                By:   /s/ Nancy Ober
                          NANCY L. OBER
                          Attorneys for Defendant

**WEINBERG, ROGER & ROSENFELD**
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA  94501-1091
(510) 337-1001

Stipulation for Dismissal; [Proposed] Order
Case No. 10-5304 NC

**[~~PROPOSED~~] ORDER**

IT IS SO ORDERED.

Dated: __July 25, 2011_____

_____
HONORABLE NATHANAEL COUSINS
UNITED STATES MAGISTRATE JUDGE

126303/628988

WEINBERG, ROGER &
ROSENFELD
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA  94501-1091
(510) 337-1001

Stipulation for Dismissal; [Proposed] Order
Case No. 10-5304 NC